Parents Union for Public Schools in Philadelphia, et al., Appellants, *v.* Board of Education of the School District of Philadelphia, et al.

Argued December 12, 1975. *Stephen C. Miller,* with him *Elliott Mossman* and *Irene Solet,* for appellants; *Leonard M. Sagot,* with him *Randall J. Sommovilla, Thomas W. Jennings,* and *Teitelman, Sagot, Herring, Jennings & Luber,* for appellees; *Richard Kirschner, Robert S. Pearlstein,* and *Markowitz & Kirschner,* submitted a brief for amicus curiae.

Order affirmed.

Philadelphia Fire Officers Union, et al., Appellants, *v.* Philadelphia, et al.

Argued December 8, 1975. *James D. McCrudden,* for appellants; No appearance entered nor brief submitted for appellees; *Richard Kirschner, Robert S. Pearlstein,* and *Markowitz & Kirschner,* submitted a brief for intervenor.

Order affirmed.